UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-6151-MJ-JMS

UNITED STATES OF AMERICA

vs.

TONY ABSON,

Defendant.
_____/

FILED BY ____AT____ D.C.

Mar 9, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No.

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No.

3. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No.

4. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: _____
Michael A. Augustin
Assistant United States Attorney
Court ID No. A5502702
500 East Broward Blvd.
Fort Lauderdale, Florida 33394
Tel: 786-761-3151
Email: michael.augustin@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 25-6151-MJ-JMS |
| TONY ABSON, | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 2, 2024 ~~March 7, 2025~~ in the county of Broward in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kyle Fenton, Federal Bureau of Investigations
Printed name and title

Sworn to before me and signed in my presence. via FaceTime

Date: March 9, 2025

_____
Judge's signature

Honorable Jared M. Strauss, U.S. Magistrate Judge
Printed name and title

City and state: Fort Lauderdale, Florida

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Kyle Fenton, being duly sworn, deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent for the Federal Bureau of Investigation ("FBI") assigned to the Violent Crimes/Fugitive Task Force in the Miami Division. I have received training at the FBI Academy in Quantico, Virginia. As a Special Agent for the FBI, my current duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. I have been an FBI Special Agent since June 2024 and have been assigned to the Miami Division since October 2024. Prior to my employment as a Special Agent with the FBI, I served eight years in the United States Marine Corps.

2. This affidavit is submitted in support of a criminal complaint charging Tony ABSON ("ABSON") with bank robbery, in violation of Title 18, United States Code, Section 2113(a).

3. I respectfully submit there is probable cause to believe that on July 2, 2024, ABSON did knowingly attempt to take, by intimidation, from persons and presence of employees of Victim Bank, located in Davie, Florida, United States currency belonging to, and in the care custody, control, management, and possession of Victim Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation ("FDIC").

4. The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and bank security personnel involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against ABSON for the above-described criminal violations.

### PROBABLE CAUSE

5. On July 2, 2024, at approximately 1:10 p.m., a black male, later identified as ABSON, entered the Victim Bank, located at Davie, Florida. Victim Bank is insured by FDIC.

6. ABSON wore a black t-shirt with a "Stones" graphic displayed on the front, light-colored pants, a Lacoste hat, and black shoes. ABSON entered the bank, approached the victim teller, and handed him a demand note. ABSON told the victim teller, "Give me the money, I'm serious." The victim teller, in fear for his safety and the safety of the public provided two bait

moneys, activating the silent alarm, and other money from the drawer. ABSON left the business and is seen (via surveillance) entering a maroon/red colored Kia and fleeing the scene. The only person aware of the robbery while it was occurring was the victim teller. The demand note was left on scene. An audit revealed the total loss to be $1502.50.

7. Responding law enforcement officers photographed and retained the demand note as evidence. The demand note read "Give me the money no one gets hurt."

8. On February 15, 2025, a "Crime Stoppers" tip stated ABSON committed the bank robbery at the Victim Bank on July 2, 2024.

9. On March 7, 2025, law enforcement interviewed a cooperating witness who put law enforcement in contact with ABSON.

10. On the same day, ABSON voluntarily met with law enforcement near Founders Park in Pompano Beach, Florida. Law enforcement showed ABSON a surveillance footage photograph of the bank robber from the Victim Bank Robbery. ABSON stated that the individual looked like him, but that he was not the person in the photograph. Afterwards, at approximately 7:00 p.m., ABSON was taken into custody by Broward Sheriff's Office for unrelated charges.

11. Upon being arrested, law enforcement *mirandized* ABSON. During this exchange, ABSON expressed (via excited utterance) that he wished to speak to law enforcement about the bank robbery.

12. Post-*Miranda*, ABSON identified himself in the still surveillance photograph. And he told Agents that he borrowed a red car, drove to Victim Bank in Davie, and presented the teller a note stating either "give me some money" or "I need some money." After robbing the Victim Bank, ABSON departed in the same red car used to get there. He recognized that he had been given a tracker from the bank and threw it out the window while driving. He also stated that the articles of clothing worn by the bank robber (*i.e.* the Lacoste hat and "Stones" graphic t-shirt) belonged to him. The interview was audio recorded.

13. The Affiant has attached a screenshot and photograph below. A review of photographs revealed ABSON is similar in appearance to the male who entered the Victim Bank on July 2, 2024 and committed the bank robbery at issue.

[THIS PORTION IS INTENTIONALLY LEFT BLANK]


Surveillance Screenshot of Bank Robber


Tony ABSON during March 7 Interview/Arrest

## CONCLUSION

14. Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that probable cause exists to charge ABSON, with knowingly, by means of intimidation, attempt to take from the person and presence of employees of federally insured banks United States currency belonging to, and in the care, custody, control, management, and possession of Victim Bank in Davie, Florida, a bank whose deposits were then insured by FDIC, in violation of Title 18, United States Code, Sections 2113(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Kyle Fenton, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with Fed. R. Crim. P. 4.1 in Fort Lauderdale by FaceTime this 9th day of March 2025.

THE HONORABLE JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE